IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RANDY A. HART,**

    **Plaintiff,**

v.                               Case No. 4:18cv339-MW/CAS

**WARDEN D. S. COLLINS,**
**et al.,**

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** because Plaintiff is not entitled to proceed without full payment of the filing fee pursuant to 28 U.S.C. § 1915(g). Plaintiff's motion for extension of time, ECF No. 3, is **DENIED**. The Clerk is directed to note on the docket this case is dismissed pursuant to 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on December 14, 2018.**

                                          **s/Mark E. Walker           **
                                          **Chief United States District Judge**